**Abatement Order filed June 7, 2012.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-09-00996-CR**
_____

**PETER HENERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1634586**

---

## ABATEMENT ORDER

On April 25, 2012, the Court of Criminal Appeals reversed this court's judgment and directed that we abate the appeal and remand the case to the trial court to enter findings addressing the conflict between (1) the trial court's oral denial of a motion to quash appellant's information, and (2) a subsequent written order granting the same motion. *See Henery v. State*, No. PD-0958-11, 2012 WL 1414110 (Tex. Crim. App. Apr. 25, 2012).

Accordingly, we abate the appeal and remand this case to the trial court for it to conduct a hearing, not later than thirty days from the date of this order, in order to

determine whether it intended to grant or to deny the motion to quash appellant's information. If the court finds that the a written order granting the motion was a clerical error, it should sign a *nunc pro tunc* order correcting the written order. The reporter's record of the hearing and any findings of facts related to the trial court's actions, together with any modifications to the clerk's record, should be forwarded to this Court no later than 10 days following the conclusion of the hearing.

The appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the trial court's findings and recommendations are filed in this Court.

It is so ORDERED.


PER CURIAM

Panel consists of Justices Seymore, Boyce, and Christopher.

2